# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA,** :

:      **3:17-CR-396**

**v.** :      **(JUDGE MANNION)**

**FREDERICK BROWN,** :

     **Defendant** :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

Defendant Brown's motion to suppress his statements, **(Doc. 41)**, pursuant to <u>Fed.R.Crim.P. 12(b)</u>, is **DENIED IN ITS ENTIRETY**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 15, 2019**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2017 CRIMINAL MEMORANDA\17-396-01-ORDER.wpd