# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v | : | 3:CR-17-396 |
| FREDRICK BROWN, | : | (Judge Mannion) |
| Defendant | : | |

## O R D E R

Based on the foregoing memorandum, the government's motion *in limine* pursuant to FRE 412 to preclude defendant Brown from introducing evidence and testimony of prior or subsequent prostitution related activities by the government's victim witnesses, **(Doc. 81)**, is **GRANTED**. However, defendant Brown will be allowed to cross examine the government's victim witnesses about their prostitution activities during the time period of the sex trafficking offenses charged in Counts One and Two of the Indictment, **(Doc. 1)**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 15, 2019**
O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2017 CRIMINAL MEMORANDA\17-396-02-ORDER.wpd